**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | : | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | | |
| *Tunney, Thomas, et. al., v. Bayer Corp., et al.* | : | *Case No. 02-748* |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendants Bayer Corporation, Bayer AG, SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc, that the following plaintiffs be and are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1): **MARIETTA PARKER AND ROY C. WELSH**. The parties shall each bear their own costs.

Dated: January 27, 2004

_______________________

Paul Pennock
Victoria J. Maniatis
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038
(212) 558-5504
*Attorneys for Plaintiffs*

Dated: 2/18/04

_______________________

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP

Dated: 2/18/04

_______________________

Scott A. Smith
Tracy J. Van Steenburgh

FILED FEB 19 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

*Counsel for Bayer Corporation and Bayer AG*

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

Fred T. Magaziner
DECHERT, PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000
*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline plc*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above named plaintiffs are dismissed without prejudice.

DATED: February 18, 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

Case No: 02-748